# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00355-CR

**Raymond Rogers, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT NO. D-1-DC-09-900166, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Raymond Rogers seeks to appeal a judgment of conviction for indecency with a child by exposure. The trial court has certified that: (1) this is a plea bargain case and Rogers has no right of appeal, and (2) Rogers waived the right of appeal. The appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justices Jones, Justices Waldrop and Henson

Dismissed for Want of Jurisdiction

Filed:   September 10, 2009

Do Not Publish